UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)     3:09-md-02100-DRH<br><br>    MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Amanda Burchfield v. Bayer Corporation, et al.* | No. 10-cv-10986-DRH |
| *Heather Victoria Dallas v. Bayer Corporation, et al.* | No. 11-cv-11602-DRH |
| *Allison Maria DePompeis v. Bayer Corporation, et al.* | No. 11-cv-10049-DRH |
| *Trisha Elkins v. Bayer Corporation, et al.* | No. 12-cv-10869-DRH |
| *Heather Graber, et al. v. Bayer Corporation, et al.* | No. 10-cv-10719-DRH |
| *Melissa D. Habron, et al. v. Bayer Corporation, et al.* | No. 11-cv-10946-DRH |
| *Ruby Morales-Supe v. Bayer Corporation, et al.* | No. 12-cv-10300-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 11, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

**Dated:** April 14, 2014

Digitally signed
by David R.
Herndon
Date: 2014.04.14
12:14:05 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**